| | |
|---|---|
| 1 | JENNY L. FOLEY, Ph.D., ESQ. |
|   | Nevada Bar No. 9017 |
| 2 | E-mail: jfoley@hkm.com |
|   | **MICHAEL ARATA, ESQ.** |
| 3 | Nevada Bar No. 11902 |
|   | E-mail: marata@hkm.com |
| 4 | HKM EMPLOYMENT ATTORNEYS LLP |
|   | 101 Convention Center Drive, Suite 600 |
| 5 | Las Vegas, Nevada 89109 |
|   | Tel: (702) 805-8340 |
| 6 | Fax: (702) 805-8340 |
|   | *Attorneys for Plaintiff* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| COURTNEY K. LEE, an individual, | CASE NO.: 2:22-cv-00363-GMN-BNW |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF COURTNEY K. LEE TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT |
| NEVADA STATE BOARD OF PHARMACY; J. DAVID WUEST as Executive Secretary of the Nevada State Board of Pharmacy, and DOES 1-50, inclusive; and ROE CORPORATIONS 1-50, inclusive, | |
| Defendants. | (First Request) |

Plaintiff Courtney K. Lee ("Plaintiff"), and Defendants State of Nevada ex rel. its Board of Pharmacy and J. David Wuest (together "Defendants"), by and through their respective attorneys of record, stipulate as follows:

1. On October 5, 2022, Defendants filed their Motion to Dismiss Amended Complaint. [ECF No. 12].

2. Plaintiff's response brief is currently due to be filed by October 19, 2022.

3. The parties hereby stipulate and agree Plaintiff shall have fourteen (14) additional days to file her response to Defendants' Motion to Dismiss Amended Complaint. The new deadline for Plaintiff to file her response shall be November 2, 2022.

4. This is the first request for an extension of this deadline and is not made for

purposes of undue delay.

Dated: October 18, 2022.

| HKM EMPLOYMENT ATTORNEYS, LLP | STATE OF NEVADA OFFICE OF THE ATTORNEY GENERAL |
|---|---|
| /s/ Michael Arata<br>**JENNY L. FOLEY, Ph.D., ESQ.**<br>Nevada Bar No. 9017<br>E-mail: jfoley@hkm.com<br>**MICHAEL ARATA, ESQ.**<br>Nevada Bar No. 11902<br>E-mail: marata@hkm.com<br>101 Convention Center Drive, Suite 600<br>Las Vegas, Nevada 89109<br>Tel: (702) 805-8340<br>Fax: (702) 805-8340<br>*Attorneys for Plaintiff* | /s/ Carrie Parker<br>**AARON D. FORD, ESQ.**<br>Attorney General<br>**CARRIE L. PARKER, ESQ.**<br>Deputy Attorney General<br>NV Bar No. 10952<br>E-mail: cparker@ag.nv.gov<br>**CAMERON P. VANDENBERG, ESQ.**<br>Chief Deputy Attorney General<br>NV Bar No. 4356<br>E-mail: cvandenberg@ag.nv.gov<br>5420 Kietzke Lane, Suite 202<br>Reno, NV 89511<br>Tel: (775) 687-2110<br>Fax: (775) 688-1822<br>*Attorneys for Defendants State of Nevada ex rel. its Board of Pharmacy and J. David Wuest* |

<u>ORDER</u>

IT IS SO ORDERED.

Dated this  19  day of October, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF COURTNEY K. LEE TO FILE
RESPONSE TO DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT
Page **2** of **2**

**Damas, Gabriela**

| | |
|---|---|
| **From:** | Carrie Parker <CParker@ag.nv.gov> |
| **Sent:** | Tuesday, October 18, 2022 1:58 PM |
| **To:** | Arata, Mike; Cameron P. Vandenberg |
| **Cc:** | Foley, Jenny; Damas, Gabriela; 36f4c7597+matter1416364516@maildrop.clio.com; Kahra L. Stenberg |
| **Subject:** | RE: Courtney Lee v. Nevada State Board of Pharmacy / Case No. 2:22-cv-00363-GMN-BNW |

> Some people who received this message don't often get email from cparker@ag.nv.gov. Learn why this is important

Good afternoon Mr. Arata.

The Defendants agree to a two-week extension for Plaintiff's response to the Motion to Dismiss, making the new deadline November 2, 2022. At this time, the Defendants do not agree to a stay.

Please do not hesitate to contact me if you would like to discuss this further.

Best regards,
Carrie

# Carrie L. Parker

Deputy Attorney General
Nevada Office of the Attorney General
Personnel Division
5420 Kietzke Lane, Suite 202
Reno, Nevada 89511
775-687-2110
775-688-1822 (F)
cparker@ag.nv.gov

*Notice: This e-mail message and any attachments thereto may contain confidential, privileged or non-public information. Use, dissemination, distribution or reproduction of this information by unintended recipients is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy all copies.*

**From:** Arata, Mike <marata@hkm.com>
**Sent:** Tuesday, October 18, 2022 11:59 AM
**To:** Cameron P. Vandenberg <CVandenberg@ag.nv.gov>; Carrie Parker <CParker@ag.nv.gov>
**Cc:** Foley, Jenny <JFoley@hkm.com>; Damas, Gabriela <gdamas@hkm.com>; 36f4c7597+matter1416364516@maildrop.clio.com
**Subject:** Courtney Lee v. Nevada State Board of Pharmacy / Case No. 2:22-cv-00363-GMN-BNW

**WARNING** - This email originated from outside the State of Nevada. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Ms. Parker and Ms. Vandenberg:

Following up on my earlier voicemails, I am assisting Jenny Foley in representing Courtney Lee in her claims against the Nevada State Board of Pharmacy, Nevada federal district court case no. 2:22-cv-00363-GMN-BNW.

As you are aware, Ms. Lee is due to file her opposition to the Defendants' Motion to Dismiss the Amended Complaint by tomorrow, October 19, 2022.

Given that our client has requested, but not yet received, a Notice of Right to Sue ("NRTS") from the EEOC regarding either of her pending charges, would the Defendants agree to stay the case pending receipt of the NRTS? In the alternative, would your clients agree to a two-week extension to respond to the Motion to Dismiss, *i.e.*, the response would be due November 2, 2022?

Please let me know if you would like to discuss this further, (702) 674-9270.

Thank you for your consideration,
Mike Arata



**Mike Arata | HKM Employment Attorneys LLP**
**Attorney**
101 Convention Center Drive, Suite 600, Las Vegas, Nevada 89109
Main Office: (702) 805-8340
Direct: (702) 674-9270 | marata@hkm.com | www.hkm.com
A<small>TLANTA</small> | C<small>HICAGO</small> | D<small>ENVER</small> | K<small>ANSAS</small> C<small>ITY</small> | L<small>AS</small> V<small>EGAS</small> | L<small>OS</small> A<small>NGELES</small> | P<small>HOENIX</small> | P<small>ITTSBURGH</small> | P<small>ORTLAND</small> | S<small>EATTLE</small> | S<small>T</small>. L<small>OUIS</small> | W<small>ASHINGTON</small>, D.C.
HKM Las Vegas Exclusively Represents Employees
*This email may contain confidential or attorney-client privileged information and is intended only for the recipient(s) identified above. If you receive this email and are not the intended recipient, please contact our office and destroy all copies of this message in your possession.*



marata@hkm.com
www.hkm.com

Mike Arata
Attorney

101 Convention Center Drive, Suite 600
Las Vegas, NV 89109

Arlington | Atlanta | Baltimore | Bellevue | Birmingham | Boston | Charlotte | Chicago | Denver
Indianapolis | Irvine | Kansas City | Las Vegas | Los Angeles | Minneapolis | New York | Phoenix
Pittsburgh | Portland | San Diego | Seattle | St. Louis | Washington, D.C.

*This email may contain confidential or attorney-client privileged information and is intended only for the recipient(s) identified above.*
 *If you receive this email and are not the intended recipient, please contact our office and destroy any and all copies of this message that are in your possession.*