AARON D. FORD
Attorney General
CARRIE L. PARKER
Senior Deputy Attorney General
NV Bar No. 10952
CAMERON P. VANDENBERG
Chief Deputy Attorney General
NV Bar No. 4356
State of Nevada Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV  89511
(775) 687-2110 (phone)
(775) 688-1822 (fax)
Email: cparker@ag.nv.gov
            cvandenberg@ag.nv.gov

*Attorneys for Defendants State of Nevada ex rel. its Board of Pharmacy and J. David Wuest*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COURTNEY K. LEE,<br><br>                            Plaintiff,<br><br>vs.<br><br>NEVADA STATE BOARD OF PHARMACY;<br>J. DAVID WUEST, as Executive Secretary of<br>the Nevada State Board of Pharmacy; and<br>DOES 1-10, all of whose true names are<br>unknown, INCLUSIVE,<br><br>                            Defendants. | Case No. 2:22-cv-00363-GMN-BNW<br><br>**STIPULATED REQUEST TO RESCHEDULE ENE AND EXTEND DISCOVERY DEADLINES**<br><br>**(First Request)** |

The parties, Plaintiff Courtney K. Lee ("Plaintiff"), and Defendants State of Nevada ex rel. its Board of Pharmacy and J. David Wuest (together "Defendants"), by and through their respective attorneys of record, hereby stipulate to request to reschedule the Early Neutral Evaluation ("ENE") and extend discovery deadlines as follows:

       1.      The ENE is currently set for February 16, 2023.  ECF No. 30.

       2.      Due to the unavoidable unavailability of one of the parties, J. David Wuest, on February 16, the Parties stipulate and request that the ENE be rescheduled to one of the following dates, if the Magistrate Judge is available:

       a. Wednesday, March 1, 2023 or

       b. Thursday, March 2, 2023.

3. The Parties further stipulate and request that the confidential evaluation statement be due by 3:00 p.m. seven days before the date set for the ENE, as set forth in the original Order Scheduling Early Neutral Evaluation (ECF No. 30).

4. The Parties further stipulate and agree that the deadlines set forth in the Scheduling Order (ECF No. 28) be extended by two weeks, in connection with extending the date of the ENE by two weeks, as the Parties are focused on negotiating resolution and minimizing litigation fees and costs associated with discovery prior to the ENE.

5. Accordingly, the Parties propose the following new deadlines:

| Description | Original Deadline (ECF No. 28) | ~~Proposed~~ **Deadline** |
|---|---|---|
| Discovery Cut-off | July 3, 2023 | **July 17, 2023** |
| Amending the Pleadings and Adding Parties | April 3, 2023 | **April 17, 2023** |
| Initial Expert Disclosures (FRCP 26(a)(2)) | April 3, 2023 | **April 17, 2023** |
| Rebuttal Expert Disclosures | June 2, 2023 | **June 16, 2023** |
| Dispositive Motions | August 2, 2023 | **August 16, 2023** |
| Pretrial Order and Disclosures | If no dispositive motions, September 1, 2023; otherwise 30 days after decision on dispositive motions or further court order. | **If no dispositive motions, September 15, 2023; otherwise 30 days after decision on dispositive motions or further court order.** |

. . . .

. . . .

6. This is the first request for an extension of these deadlines and is not made for purposes of undue delay.

DATED this 10th day of January, 2023.

| HKM EMPLOYMENT ATTORNEYS, LLP | AARON D. FORD<br>Attorney General |
|---|---|
| /s/ Michael Arata<br>**JENNY L. FOLEY, Ph.D., ESQ.**<br>Nevada Bar No. 9017<br>E-mail: jfoley@hkm.com<br>**MICHAEL ARATA, ESQ.**<br>Nevada Bar No. 11902<br>E-mail: marata@hkm.com<br>*Attorneys for Plaintiff* | /s/ Carrie L. Parker<br>**CARRIE L. PARKER, ESQ.**<br>Senior Deputy Attorney General<br>Nevada Bar No. 10952<br>E-mail: cparker@ag.nv.gov<br>**CAMERON P. VANDENBERG, ESQ.**<br>Chief Deputy Attorney General<br>Nevada Bar No. 4356<br>E-mail: cvandenberg@ag.nv.gov<br>*Attorneys for Defendants State of Nevada ex rel. its Board of Pharmacy and J. David Wuest* |

## ORDER

Good cause appearing, IT IS HEREBY ORDERED that the ENE is rescheduled for March 14, 2023. The confidential evaluation statement must be delivered electronically to Emily_Santiago@nvd.uscourts.gov by 3:00 p.m. on March 7, 2023.

IT IS FURTHER ORDERED that the proposed discovery deadlines set forth above are approved.

Dated this 11th day of January, 2023.

_____
UNITED STATES MAGISTRATE JUDGE