AARON D. FORD
Attorney General
CARRIE L. PARKER
Senior Deputy Attorney General
NV Bar No. 10952
CAMERON P. VANDENBERG
Chief Deputy Attorney General
NV Bar No. 4356
State of Nevada Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV 89511
(775) 687-2110 (phone)
(775) 688-1822 (fax)
Email: cparker@ag.nv.gov
       cvandenberg@ag.nv.gov

*Attorneys for Defendants State of Nevada ex rel. its Board of Pharmacy and J. David Wuest*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COURTNEY K. LEE,<br><br>               Plaintiff,<br><br>vs.<br><br>NEVADA STATE BOARD OF PHARMACY;<br>J. DAVID WUEST, as Executive Secretary of<br>the Nevada State Board of Pharmacy; and<br>DOES 1-10, all of whose true names are<br>unknown, INCLUSIVE,<br><br>               Defendants. | Case No. 2:22-cv-00363-GMN-BNW<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

Defendant State of Nevada ex rel. its Board of Pharmacy ("the Board"), erroneously named as "Nevada State Board of Pharmacy," and Defendant J. David Wuest ("Mr. Wuest"), by and through counsel, hereby notify this Court and respective parties to this action that, effective February 9, 2023, CARRIE L. PARKER will no longer be an employee of the Office of the Attorney General, and therefore, is no longer an attorney of record for Defendants in the above-captioned action.

. . . .

. . . .

Accordingly, please remove Senior Deputy Attorney General Carrie L. Parker from the Court's docket and service list.

DATED this 7th day of February, 2023.

AARON D. FORD
Attorney General

By:   /s/ *Carrie L. Parker*
CARRIE L. PARKER
Senior Deputy Attorney General
CAMERON P. VANDENBERG
Chief Deputy Attorney General
State of Nevada
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV  89511
(775) 687-2110 (phone)
(775) 688-1822 (fax)
Email: cparker@ag.nv.gov
cvandenberg@ag.nv.gov

*Attorneys for Defendants State of Nevada ex rel. its Board of Pharmacy and J. David Wuest*

**ORDER**

**IT IS SO ORDERED**

**DATED:** 10:43 am, February 08, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), the undersigned hereby certifies that she is an employee of the State of Nevada, Office of the Attorney General, and is a person of such age and discretion as to be competent to serve papers.  That on this date, the undersigned filed a true and accurate copy of the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL** with the United States District Court, using CM/ECF Electronic Filing to:

Jenny L. Foley, Ph.D., Esq.
HKM Employment Attorneys LLP
101 Convention Center Drive, Suite 600
Las Vegas, Nevada 89109
Email: jfoley@hkm.com

DATED this 7th day of February, 2023.

*/s/ Kaaren Andersen*
An Employee of the State of Nevada
Office of the Attorney General