AARON D. FORD
Attorney General
CAMERON P. VANDENBERG
Chief Deputy Attorney General
NV Bar No. 4356
State of Nevada Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV  89511
(775) 687-2132 (phone)
(775) 688-1822 (fax)
Email: cvandenberg@ag.nv.gov

*Attorneys for Defendants State of Nevada ex rel. its
Board of Pharmacy and J. David Wuest*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| COURTNEY K. LEE, | Case No. 2:22-cv-00363-GMN-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| NEVADA STATE BOARD OF PHARMACY; J. DAVID WUEST, as Executive Secretary of the Nevada State Board of Pharmacy; and DOES 1-10, all of whose true names are unknown, INCLUSIVE, | |
| Defendants. | |

The parties, Plaintiff Courtney K. Lee ("Plaintiff"), and Defendants State of Nevada *ex rel.* its Board of Pharmacy and J. David Wuest (together "Defendants"), by and through their respective attorneys of record, having reached a mutually agreeable settlement, hereby stipulate

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

and agree that the Court may dismiss this matter with prejudice and each party to bear their own attorney's fees and costs.

DATED this 19th day of May, 2023.

| | |
|---|---|
| **HKM EMPLOYMENT ATTORNEYS, LLP** | **AARON D. FORD**<br>Attorney General |
| By: */s/ Jenny L. Foley*<br>**JENNY L. FOLEY, Ph.D., ESQ.**<br>Nevada Bar No. 9017<br>E-mail: jfoley@hkm.com<br>**MICHAEL ARATA, ESQ.**<br>Nevada Bar No. 11902<br>E-mail: marata@hkm.com<br>101 Convention Center Drive, Suite 600<br>Las Vegas, Nevada 89109<br>Tel: (702) 805-8340<br>Fax: (702) 805-8340<br>*Attorneys for Plaintiff* | By: */s/ Cameron P. Vandenberg*<br>**CAMERON P. VANDENBERG**<br>Chief Deputy Attorney General<br>NV Bar No. 4356<br>E-mail: cvandenberg@ag.nv.gov<br>5420 Kietzke Lane, Suite 202<br>Reno, NV 89511<br>Tel: (775) 687-2110<br>Fax: (775) 688-1822<br>*Attorneys for Defendants State of Nevada ex rel. its Board of Pharmacy and J. David Wuest* |

IT IS SO ORDERED.

DATED this  20  day of   May  , 2023.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT COURT JUDGE